People v Casagrande (2020 NY Slip Op 51515(U))

[*1]

People v Casagrande (Isabella)

2020 NY Slip Op 51515(U) [70 Misc 3d 129(A)]

Decided on December 17, 2020

Appellate Term, Second Department

Published by New York State Law Reporting Bureau
pursuant to Judiciary Law § 431.

This opinion is uncorrected and will not be
published in the printed Official Reports.

Decided on December 17, 2020
SUPREME COURT, APPELLATE TERM, SECOND
DEPARTMENT, 9th and 10th JUDICIAL DISTRICTS
PRESENT: : THOMAS A. ADAMS, P.J., JERRY GARGUILO, ELIZABETH H.
EMERSON, JJ

2019-1025 S CR

The People of the State of New York,
Respondent,
against
Isabella Casagrande, Appellant. 

Scott Lockwood, for appellant.
Suffolk County Traffic Prosecutor's Office, for respondent (no brief filed).

Appeal from a judgment of the District Court of Suffolk County, Suffolk County Traffic and
Parking Violations Agency (Kenneth Diamond, J.H.O.), rendered May 23, 2019. The judgment
convicted defendant, after a nonjury trial, of speeding, and imposed sentence.

ORDERED that the judgment of conviction is affirmed.
Defendant was charged in a simplified traffic information with speeding (Vehicle and Traffic
Law § 1180 [b]) for driving a vehicle that was allegedly traveling 79 miles per hour (mph)
in a 55 mph speed zone. At a nonjury trial, the sole witness was a state trooper who had
estimated and measured by radar defendant's vehicle's speed. Following the trial, the court found
defendant guilty of the charge. On appeal, defendant argues, among other things, that the verdict
was against the weight of the evidence.
Upon our independent review of the record (see CPL 470.15 [5]), we conclude that
the verdict convicting defendant of speeding was not against the weight of the evidence (see People v Jacobs, 62 Misc 3d
126[A], 2018 NY Slip Op 51852[U] [App Term, 2d Dept, 9th & 10th Jud Dists 2018];
People v Goldmann, 61 Misc 3d
149[A], 2018 NY Slip Op 51746[U] [App Term, 2d Dept, 9th & 10th Jud Dists
2018]).
We have reviewed defendant's remaining contentions and find them to be unpreserved for
appellate review, without merit, or both (see People v Austin, 67 Misc 3d 143[A], 2020 NY Slip [*2]Op 50743[U] [App Term, 2d Dept, 9th & 10th Jud Dists
2020]; People v Massian, 60 Misc
3d 134[A], 2018 NY Slip Op 51049[U] [App Term, 2d Dept, 9th & 10th Jud Dists
2018]; People v Gray, 58 Misc 3d
155[A], 2018 NY Slip Op 50184[U] [App Term, 2d Dept, 9th & 10th Jud Dists 2018];
People v Cataldo, 57 Misc 3d
153[A], 2017 NY Slip Op 51597[U] [App Term, 2d Dept, 9th & 10th Jud Dists
2017]).
Accordingly, the judgment of conviction is affirmed.
ADAMS, P.J., GARGUILO and EMERSON, JJ., concur.
ENTER:
Paul Kenny
Chief Clerk
Decision Date: December 17, 2020